PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DUANE HIPP, | ) |
| | ) CASE NO. 1:17CV846 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NANCY A. BERRYHILL, | ) |
| DEPUTY COMMISSIONER | ) |
| FOR OPERATIONS, | ) |
| Performing duties and functions not reserved | ) |
| to the Commissioner of Social Security, | ) |
| | ) **MEMORANDUM OF OPINION AND** |
| Defendant. | ) **ORDER** [Regarding ECF No. 17] |

Plaintiff Duane Hipp filed a Complaint in this matter, seeking judicial review of the Social Security Administration's denial of his claim for benefits. ECF No. 1. The Court referred the case to Magistrate Judge Thomas M. Parker for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). Magistrate Judge Parker submitted a Report, recommending that the Court affirm the final decision of the commissioner. ECF No. 17. Specifically, the magistrate judge found that Plaintiff failed to identify any error or law in the administrative law judge's decision, as the administrative law judge is not required to seek out medical opinion from an expert. *Id*. at PageID #: 114-18.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Plaintiff has not filed any objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a

(1:17CV846)

duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court adopts the magistrate judge's Report and Recommendation. The decision of the Commissioner of Social Security is affirmed. Judgment will be entered in favor of Defendant.

IT IS SO ORDERED.

 April 24, 2018           */s/ Benita Y. Pearson*
Date          Benita Y. Pearson
         United States District Judge